IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-00741-REB

JEFFERSON COUNTY SCHOOL DISTRICT R-1,

    Plaintiff,

v.

ELIZABETH E., by and through her parents, Roxanne B. and David E.,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Unopposed Motion To Use Pseudonym** [#2] filed March 31, 2010. The motion is **GRANTED**. Plaintiff is permitted to file its complaint using a pseudonym for a party.

    Dated: April 5, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.