IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00741–REB–KMT

JEFFERSON COUNTY SCHOOL DISTRICT R-1,

    Plaintiff,

v.

ELIZABETH E., by and through her parents, Roxanne B. And David E.,

    Defendants.

_____

**ORDER RE: STIPULATED MOTION FOR DESIGNATION OF RECORD AND CERTIFICATE OF COMPLIANCE WITH ECF H.6. CONVENTIONALLY SUBMITTEDMATERIALS**
_____

    THE COURT, after having considered the Stipulated Motion for Designation of Record and Certificate of Compliance with ECF H.6. Conventionally Submitted Materials (Doc. No. 12) filed thereto, hereby **GRANTS** said Motion.

    It is ordered that the Office of Administrative Courts shall submit the Record on Appeal in the Office of Administrative Court Case titled *Jefferson County School District R-1 v. Elizabeth E, by and through her parents, Roxanne B. and David E.*, Case Number EA 2009-0003. The administrative record does not need to be paginated and should include the following:

    1.    All pleadings filed with the Hearing Officer below (listed in the Certificate of Record filed with the Office of Administrative Courts on November 9, 2009);

    2.    Joint Exhibits A - TT, which were admitted into the record during the hearing;

3. Transcripts of the due process hearing proceedings held over 5 days on August 20, 21, 24, 25, and 26, 2009;

4. The Hearing Officer's Findings of Fact and Decision;

5. All pleadings filed with the Administrative Law Judge;

6. The Administrative Law Judge's Decision upon State Level Review; and

7. The Administrative Law Judge's Amended Decision upon State Level Review.

Dated this 23rd day of June, 2010.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge