**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-00741-WJM-KMT

JEFFERSON COUNTY SCHOOL DISTRICT R-1,

    Plaintiff, Appellant,

v.

ELIZABETH E., by and through her parents, Roxanne B. and David E.,

    Defendant, Appellee.

---

**ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS TO
ENFORCE A JUDGMENT AND APPROVAL OF SUPERSEDEAS BOND**

---

    This matter is before the Court on Jefferson County School District R-1's Unopposed Motion for Stay of Proceedings to Enforce a Judgment and Approval of Supersedeas Bond (the "Motion").  (ECF No. 57.)  Pursuant to Federal Rule of Civil Procedure 62(d), and for good cause shown, the Court hereby GRANTS the Motion (ECF No. 57), STAYS enforcement of the award of attorneys' fees and costs in this action, and APPROVES the Supersedeas Bond attached as an exhibit to this Order.

    Dated this 1st day of June, 2012.

                                                BY THE COURT:

                                                William J. Martínez
                                                United States District Judge