**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-00741-WJM-KMT

JEFFERSON COUNTY SCHOOL DISTRICT R-1,

    Plaintiff, Appellant,

v.

ELIZABETH E., by and through her parents, Roxanne B. and David E.,

    Defendant, Appellee.

**ORDER GRANTING THE PARTIES' JOINT MOTION TO DISMISS WITH PREJUDICE**

    This matter is before the Court on the Parties' Joint Status Report and Motion to Dismiss filed August 27, 2013 (ECF No. 77).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Parties' Joint Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  The Court hereby acknowledges the Parties' agreement regarding payment for all attorney's fees, costs, and distribution of funds per the Supersedeas Bond (ECF No. 60).

    Dated this 28th day of August, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge